Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA 95901
(530) 743-4458

JOSEPH FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chao Vang,<br><br>       Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>       Defendant. | Civil Action No: 2:19-cv-01770-AC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Thursday, February 20, 2020, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's first extension requested.

Dated: 01/21/2020                / s / Joseph Fraulob
                                      Joseph Fraulob
                                      Attorney for Plaintiff

Dated: 01/21/2020                / s / Carolyn Chang
                                      Carolyn Chang
                                      Special Assistant U.S. Attorney
                                      Attorney for Defendant

IT IS ORDERED.

Date: 01/22/2020

                                      ALLISON CLAIRE
                                      UNITED STATES MAGISTRATE JUDGE