Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Chao Vang,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

Civil Action No: 2:19-cv-01770-AC

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Monday, March 23, 2020, to file the Motion for Summary Judgment.

IT IS HEREBY NOTED that this is plaintiff's second extension requested.

Dated:  02/20/2020       / s / Joseph Fraulob
    Joseph Fraulob
    Attorney for Plaintiff

Dated:  02/20/2020       / s / Carolyn Chen
    Carolyn Chen
    Special Assistant U.S. Attorney
    Attorney for Defendant

IT IS ORDERED.

Date: 02/20/2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE