PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CHAO VANG,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:19-cv-01770-AC (SS)<br><br>**STIPULATION AND [PROPOSED] ORDER THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of THREE THOUSAND FIVE HUNDRED dollars and NO cents ($3,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) AND no costs under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Plaintiff's counsel Joseph C. Fraulob, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel Joseph C. Fraulob.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or counsel including counsel's firm may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel Joseph C. Fraulob to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

| | | |
|---|---|---|
| 1 | Date: _April 1, 2021_ | LAW OFFICES OF HADLEY & FRAULOB |
| 2 | By: | _/s/ Caspar Chan for Joseph C. Fraulob*_ |
|   |     | JOSEPH C. FRAULOB |
| 3 |     | *_Authorized by email on April 1, 2021_ |
| 4 |     | Attorneys for Plaintiff |

Date: _April 1, 2021_                    PHILLIP A. TALBERT
                                          Acting United States Attorney
                                          DEBORAH LEE STACHEL
                                          Regional Chief Counsel, Region IX

                               By:        _/s/ Caspar Chan_
                                          CASPAR CHAN
                                          Special Assistant United States Attorney
                                          Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED

DATED: April 1, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE